IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LOREN ALFORD,** | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:25-CV-2952 |
| | § | |
| v. | § | JURY DEMANDED |
| | § | |
| **CONOCOPHILLIPS COMPANY,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as co-counsel for Plaintiff Loren Alford in the above entitled action. Pursuant to Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers and other material relevant to this action should also be directed to and served upon:

> Douglas B. Welmaker
> Welmaker Law PLLC
> 505 E. Magrill St.
> Longview Texas 75601
> (512) 799-2048
> doug@welmakerlaw.com

2

**<u>CERTIFICATE OF SERVICE</u>**

By my signature below, I hereby certify that on this the 23rd day of July, 2025, a true and correct copy of the foregoing was served upon all parties of record via the CM/ECF system.

                                             <u>/s/ Douglas B. Welmaker</u>
                                             Douglas B. Welmaker