UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LOREN ALFORD,** § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **CONOCOPHILLIPS COMPANY,** § <br> § <br> Defendant. § <br> § | **CIVIL ACTION NO: 4:25-cv-02952** <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF APPEARANCE OF KIMBERLY F. CHEESEMAN

Kimberly F. Cheeseman of the law firm of Norton Rose Fulbright US LLP hereby enters her appearance as additional counsel of record for ConocoPhillips Company ("Defendant"). Kimberly F. Cheeseman respectfully requests the Court designate her as additional counsel for Defendants and provide her with all notices, orders, correspondence, pleadings, and any other information regarding this case. Shauna Johnson Clark of the law firm Norton Rose Fulbright US LLP will remain the attorney-in-charge.

- 2 -

| | |
|---|---|
| Dated: November 20, 2025 | Respectfully submitted, |

| | |
|---|---|
| OF COUNSEL | /s/ Kimberly Cheeseman |
| | Shauna Johnson Clark |
| Kimberly F. Cheeseman | State Bar No. 00790977 |
| State Bar No. 24082809 | Federal ID No. 18235 |
| Federal I.D. No. 2254668 | shauna.clark@nortonrosefulbright.com |
| kimberly.cheeseman@nortonrosefulbright.com | |
| | **NORTON ROSE FULBRIGHT US LLP** |
| Tamsin Woolley | 1550 Lamar Street, Suite 2000 |
| State Bar No. 24122614 | Houston, TX  77010-4106 |
| Federal ID. No. 3871504 | Telephone:     (713) 651-5151 |
| tamsin.woolley@nortonrosefulbright.com | Facsimile:      (713) 651-5246 |
| | |
| **NORTON ROSE FULBRIGHT US LLP** | *ATTORNEY-IN-CHARGE FOR DEFENDANT* |
| 1550 Lamar Street, Suite 2000 | |
| Houston, TX  77010-4106 | |
| Telephone:     (713) 651-5151 | |
| Facsimile:      (713) 651-5246 | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure upon all counsel of record through CM/ECF on November 20, 2025.

                                                                   */s/ Kimberly Cheeseman*
                                                                   Kimberly Cheeseman