IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LOREN ALFORD,** | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | Civil Action No. 4:25-CV-02952 |
| **CONOCOPHILLIPS COMPANY,** | § § § | |
| Defendant. | § § § § § | |

**DEFENDANTS CONOCOPHILLIPS COMPANY'S
<u>CERTIFICATE OF INTERESTED PARTIES</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order for Conference and Disclosure of Interested Parties, Defendant ConocoPhillips Company respectfully files this Certificate of Interested Parties, which lists all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation. Entities understood to be publicly traded are underlined.

1. Loren Alford – Plaintiff

2. Josef F. Buenker; The Buenker Law Firm – Counsel for Plaintiff

3. Douglas B. Welmaker; Welmaker Law, PLLC – Counsel for Plaintiff

4. ConocoPhillips Company – Defendant

5. Shauna Johnson Clark; Kimberly Cheeseman; Tamsin Woolley; Norton Rose Fulbright U.S. LLP – Counsel for Defendant

- 2 -

Dated:  November 20, 2025

OF COUNSEL:

Kimberly F. Cheeseman
State Bar No. 24082809
S.D. Tex. Id. No. 2254668
kimberly.cheeseman@nortonrosefulbright.com

Tamsin Woolley
State Bar No. 24122614
S.D. Tex. Id. No. 3871504
tamsin.woolley@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street
Houston, Texas  77010-4106
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

Respectfully submitted,

*/s/ Kimberly Cheeseman*
   Shauna Johnson Clark
   State Bar No.  00790977
   S.D. Tex. Id. No. 18235

**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street
Houston, Texas  77010-4106
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246
shauna.clark@nortonrosefulbright.com

*Attorney in Charge for Defendant ConocoPhillips Company*

## CERTIFICATE OF SERVICE

This pleading was served on all counsel of record via the Court's CM/ECF system incompliance with Rule 5 of the Federal Rules of Civil Procedure on November 20, 2025.

*/s/ Kimberly Cheeseman*
Kimberly F. Cheeseman