UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **LOREN ALFORD,** § § § | |
| **Plaintiff,** § § | **CIVIL ACTION NO: 4:25-cv-02952** |
| v. § § | **JURY TRIAL DEMANDED** |
| **CONOCOPHILLIPS COMPANY,** § § | |
| **Defendant.** § § § | |

### NOTICE OF APPEARANCE OF TAMSIN WOOLLEY

Tamsin Woolley of the law firm of Norton Rose Fulbright US LLP hereby enters her appearance as additional counsel of record for ConocoPhillips Company ("Defendant"). Tamsin Woolley respectfully requests the Court designate her as additional counsel for Defendants and provide her with all notices, orders, correspondence, pleadings, and any other information regarding this case. Shauna Johnson Clark of the law firm Norton Rose Fulbright US LLP will remain the attorney-in-charge.

- 2 -

Dated: November 20, 2025

OF COUNSEL

Kimberly F. Cheeseman
State Bar No. 24082809
Federal I.D. No. 2254668
kimberly.cheeseman@nortonrosefulbright.com

Tamsin Woolley
State Bar No. 24122614
Federal ID. No. 3871504
tamsin.woolley@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, TX  77010-4106
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246

Respectfully submitted,

*/s/ Tamsin Woolley*
    Shauna Johnson Clark
    State Bar No.  00790977
    Federal ID No.  18235
    shauna.clark@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street, Suite 2000
Houston, TX  77010-4106
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246

A<small>TTORNEY-IN</small>-C<small>HARGE FOR</small> D<small>EFENDANT</small>

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served in compliance with the Federal Rules of Civil Procedure upon all counsel of record through CM/ECF on November 20, 2025.

    */s/ Tamsin Woolley*
    Tamsin Woolley