United States District Court
Southern District of Texas
**ENTERED**
November 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Loren Alford, § § § *Plaintiff,* § § v. § § ConocoPhillips Company, § § *Defendant.* § § | Civil Action No. 4:25-cv-02952 |

## SCHEDULING ORDER

1. <u>December 19, 2025</u>   **AMENDMENTS TO PLEADINGS AND ADDITION OF NEW PARTIES**
   Party requesting joinder will furnish a copy of this scheduling order to new parties.

   **EXPERTS**

2a. <u>March 27, 2026</u>   Plaintiff, or party with the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

2b. <u>May 1, 2026</u>   Defendant, or party without the burden of proof, will designate expert witnesses in writing, listing the qualifications of each expert, the opinions the expert will present, and the bases for the opinions as required under Federal Rule of Civil Procedure 26(A)(2).

   **DISCOVERY**

3. <u>July 27, 2026</u>   Counsel may, by agreement, continue discovery beyond the deadline. No continuance will be

granted because of information acquired in post−deadline discovery.

**MOTIONS DEADLINE**

4. <u>August 12, 2026</u>   Including any motion challenging an expert witness (only motions in limine on issues other than experts may be filed after this date). The motion deadline may not be changed by agreement.

**JOINT PRETRIAL ORDER**

5a. <u>November 13, 2026</u>   THE DEFENDANT shall supply the Plaintiff with a final version of its pretrial order by this date. (Where available, Defendant should supply Plaintiff with an electronic copy.)

5b. <u>November 25, 2026</u>   THE PLAINTIFF is responsible for filing the pretrial order on this date. All Motions in Limine must also be filed by this date.

6. <u>December 11, 2026</u>   **DOCKET CALL** is set at 1:30 p.m. in Courtroom 9A

7. <u>December 14, 2026</u>   **JURY TRIAL** is set at 9:00 a.m. in Courtroom 9A.

The Clerk shall enter this Order and provide a copy to all parties.

SIGNED on November 21, 2025, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge