**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LOREN ALFORD,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § | |
| **CONOCOPHILLIPS COMPANY,** | § § § | **Civil Action No.  4:25-CV-02952** |
| **Defendant.** | § § § § § | |

**DEFENDANT CONOCOPHILLIPS COMPANY'S**
**DESIGNATION OF EXPERTS**

Defendant ConocoPhillips Company ("Defendant" or "COP") respectfully submits this Designation of Expert Witnesses.  This designation reflects the experts that, at this time, COP expects to call in the trial of the above-referenced case or by affidavit in post-trial motions/briefing. COP reserves the right to supplement this designation if additional facts become available.  COP incorporates and designates any expert that Plaintiff may designate in this case.

(1)  Shauna Johnson Clark
Norton Rose Fulbright US LLP
Norton Rose Fulbright Tower
1550 Lamar Street, Suite 2000
Houston, TX  77010-4106
Telephone:    (713) 651-5151
Facsimile:    (713) 651-5246

Ms. Clark is an attorney who may testify regarding the reasonable and necessary attorneys' fees the parties have incurred in this case, and she may rebut the testimony of Plaintiff's expert on this subject.  She may offer opinions consistent with her education, training, and expertise, and her testimony may be based on her review of any records relevant to Plaintiff's claims for attorneys'

- 1 -

fees.  Ms. Clark's biography is attached hereto as Exhibit A.

(2)     Kimberly Cheeseman
Norton Rose Fulbright US LLP
Norton Rose Fulbright Tower
1550 Lamar Street, Suite 2000
Houston, TX  77010-4106
Telephone:     (713) 651-5151
Facsimile:     (713) 651-5246

Ms. Cheeseman is an attorney who may testify regarding the reasonable and necessary

attorneys' fees the parties have incurred in this case, and she may rebut the testimony of Plaintiff's

expert on this subject.  She may offer opinions consistent with her education, training, and

expertise, and her testimony may be based on her review of any records relevant to Plaintiff's

claims for attorneys' fees.  Ms. Cheeseman's biography is attached hereto as Exhibit B.

Dated:  May 1, 2026                              Respectfully submitted,


OF COUNSEL:                                      */s/ Shauna Johnson Clark*

Kimberly F. Cheeseman                                Shauna Johnson Clark
State Bar No. 24082809                               State Bar No.  00790977
S.D. Tex. Id. No. 2254668                            S.D. Tex. Id. No. 18235
kimberly.cheeseman@nortonrosefulbright.com

                                                 **NORTON ROSE FULBRIGHT US LLP**
                                                 1550 Lamar Street
Tamsin Woolley                                   Houston, Texas  77010-4106
State Bar No. 24122614                           Telephone:  (713) 651-5151
S.D. Tex. Id. No. 3871504                        Facsimile:  (713) 651-5246
tamsin.woolley@nortonrosefulbright.com           shauna.clark@nortonrosefulbright.com

**NORTON ROSE FULBRIGHT US LLP**
1550 Lamar Street                                    *Attorney in Charge for Defendant*
Houston, Texas  77010-4106                              *ConocoPhillips Company*
Telephone:  (713) 651-5151
Facsimile:  (713) 651-5246

- 3 -

## CERTIFICATE OF SERVICE

This pleading was served on all counsel of record via the Court's CM/ECF system incompliance with Rule 5 of the Federal Rules of Civil Procedure on May 1, 2026.

*/s/Kimberly F. Cheeseman*
Kimberly F. Cheeseman