# EXHIBIT A

# Shauna Clark



**US Chair, Head of Employment and Labor, United States**
**Norton Rose Fulbright US LLP**
**Houston**
Tel +1 713 651 5601
shauna.clark@nortonrosefulbright.com

Shauna Johnson Clark is Norton Rose Fulbright's US Chair as well as its Head of Employment and Labor, United States. Joining the firm in 1994, she served as Global Chair in 2021 and Partner-in-Charge of the Houston office from 2011 until 2013. A nationally recognized expert in labor and employment law, Shauna was certified by the Texas Board of Legal Specialization for Labor and Employment Law in 2003.

Shauna is a trusted advisor to clients in a wide variety of industries, from energy and utility entities to healthcare and consumer products providers to banking and finance. Shauna is committed to providing the highest quality service in a timely and cost-efficient manner to each client she represents. She offers a broad range of services to employers, ranging from preventive advice and training to aggressive litigation when a mutually agreeable settlement cannot be reached.

Clients often trust Shauna to conduct thoughtful and effective workplace investigations involving allegations of harassment, hostile work environments, discrimination, retaliation, whistleblowing, and violation of company policies.  She skillfully navigates investigations of sensitive allegations against high-ranking employees, including senior executives and general counsel.

Shauna provides strategic advice to employers on best practices, conducts management and employee training, and counsels clients on the full spectrum of employment issues.  She counsels clients seeking to establish or update their diversity and inclusion programs, including providing comprehensive reviews of worldwide diversity and inclusion programs.

Shauna has led teams in jury, bench and administrative trials under all employment law statutes, including class and collective actions under Title VII, the Americans with Disabilities Act, and the Fair Labor Standards Act.

## Related services

- Employment and labor
- Litigation and disputes
- Energy
- Environmental, social and governance (ESG)

## Key industry sectors

- Energy, infrastructure and resources
- Life sciences and healthcare

## Education

JD, *cum laude*, Tulane Law School, 1994

BA, Political Science, Louisiana State University, 1990

## Representative experience

- Co-led a nine-month Securities and Exchange Commission (SEC) investigation involving allegations of harassment and misconduct by senior employees; following Shauna's discerning reports to the company's board of directors and to the SEC, the SEC dismissed the complaint

- Conducted board-directed confidential investigation of allegations of misconduct lodged by deputy general counsel against general counsel of an oil services company

- At the direction of the CEO of an oil services company, conducted a confidential investigation, including performance management, of complaints lodged by assistant general counsel against general counsel

- Conducted a confidential investigation on behalf of a national sports players' association involving a player's allegations of race discrimination and harassment

- Provided advice on designing and implementing a global inclusion and diversity program for an oil and gas company, including legal analysis of diversity goals and methods for their achievement, and evaluation of diversity and inclusion program communications

- Defense verdict in jury trial for a defamation case filed against medical institution

- Defense verdict after arbitration on behalf of national transportation company in FLSA collective action

- Favorable outcome in multi-plaintiff discrimination, retaliation and hostile work environment claims against national transportation company

- Defense verdict in jury trial of race and national origin claim filed against hospital system

- Defense verdict after jury trial of racial discrimination, retaliation and violation of the Nurses' Whistleblower Protection Act against hospital system

- Defense verdict after jury trial of race, national origin, age and disability discrimination and FMLA retaliation filed against hospital system

- Favorable unanimous jury verdict for the defendant in worker's compensation retaliation claim for food service and food packaging company

- Defense award after arbitration of sex discrimination case against database technology company

<u>Pro Bono</u>

Shauna is actively involved in the Houston community. She believes that it is important to give back to the community; therefore she offers continuous pro bono legal services to a variety of not-for-profit and charitable organizations. She provides legal services to an organization that supports victims of domestic abuse and to a local Christian school.

## Admissions

- Texas State Bar

## Rankings and recognitions

- Litigation Star: Texas, Benchmark Litigation, *Delinian*, 2023-2026

- 100 Managing Partners You Need to Know, *Lawdragon*, 2025

- America's Top Lawyers, *Forbes*, 2025

- America's Best-In-State Lawyers, *Forbes*, 2025

- Top 200 Lawyers in America, *Forbes*, 2024

- Benchmark Litigation, US Top 250 Women in Litigation, *Euromoney Institutional Investor PLC,* 2024

- Chambers USA, Texas, Labor and Employment, *Chambers and Partners*, 2022 - 2025

- Legal 500 US, Recommended Lawyer, Labor and employment disputes (including collective actions): Defense, *The Legal 500,* 2023-2025

- Texas Super Lawyers, Employment and Labor, *Thomson Reuters*, 2005 - 2020, 2022, 2025

- Anti-Defamation League Southwest 2022 Karen H. Susman Jurisprudence Award Winner and Honoree, 2022

- Lawdragon 500 Leading Corporate Employment Lawyers, *Lawdragon, Inc*, 2024 - 2026

- Lawdragon 500 Leading Litigators in America, *Lawdragon, Inc*, 2024 - 2026

- Lawdragon 500 Leading Lawyers in America, *Lawdragon, Inc,* 2018 - 2025

- Lawdragon 500 Legends, *Lawdragon, Inc,* 2021

- Acritas Star, *Acritas*, 2017 - 2021

- Savoy Magazine's Most Influential Black Lawyers, Savoy Media Group Inc., 2015, 2018, 2022

- Employment Law Trailblazer, *National Law Journal,* 2020

- Texas Trailblazer, *Texas Lawyer,* 2020

- Women Worth Watching, Profiles in Diversity Journal, 2014

- Texas Women Lawyers, Best Lawyers, 2014

- Top 100, The Nation's Most Powerful Employment Attorneys, Human Resource Executive and Lawdragon, 2014 - 2016, 2018 - 2019

- World's Leading Labour and Employment Lawyer, Expert Guides, 2014-2020

- Local Litigation Star, Employment and Labor, *Benchmark Litigation, Euromoney Institutional Investor PLC*, 2016 - 2021

- One of 25 Influential Black Women in Business, The Network Journal, 2012

- Chambers USA, Texas: Labor & Employment, *Chambers and Partners*, 2009 - 2021

- The Best Lawyers in America, Employment Law – Management, *Best Lawyers*, 2011 - 2026

- The Best Lawyers in America, Labor Law – Management, *Best Lawyers*, 2011 - 2026

- The Best Lawyers in America, Litigation – Labor and Employment, *Best Lawyers*, 2019 - 2026

- The Best Lawyers in America, *Best Lawyers*, 2009 - 2021

- Texas Super Lawyers, top 100 lawyers in Houston, Thomson Reuters, 2014

- Texas Super Lawyers, top 50 women, Thomson Reuters, 2014

- 40 Up-and-Comers in Employment Law, The Guide to World Class Employment Lawyers, 2013

## Publications

- Featured, "The lawyer who knows better than anyone 'there's no limit to equality,'" *The Times,* February 6, 2021

## Speaking engagements

Shauna is a frequent speaker on labor and employment matters. She has presented speeches and conducted seminars for the American Bar Association, the United Way Non-Profit Law Seminar, the Houston Human Resource Management Association, the Texas Bar Continuing Legal Education, the Texas Society for Healthcare Human Resources Administration, and the Greater Houston Society of Healthcare Risk Management.

## Memberships and activities

- American Bar Association

- National Bar Association

- Texas Bar Association

- Houston Bar Association

- Texas Board of Legal Specialization: 2003 - Labor and Employment Law

- Baylor College of Medicine Board of Trustees

- American Heart Association - Houston, Board of Directors