# EXHIBIT B

# Kimberly Cheeseman



**Co-Head of Litigation and Disputes, Houston**
**Norton Rose Fulbright US LLP**
**Houston**
Tel +1 713 651 5160
kimberly.cheeseman@nortonrosefulbright.com

Kimberly Cheeseman joined the Houston office in September 2013. She is part of the employment and labor group. Kimberly is certified by the Texas Board of Legal Specialization for Labor and Employment Law. Prior to joining the firm, Kimberly completed a one-year federal clerkship with the Honorable Martin L.C. Feldman of the United States District Court for the Eastern District of Louisiana.

## Related services

- Employment and labor
- Litigation and disputes
- Energy

## Key industry sectors

- Energy, infrastructure and resources

## Education

JD, *summa cum laude*, Tulane University Law School, 2012

BA, Public Policy Studies and Political Science, Duke University, 2009

While in law school, Kimberly was Editor in Chief of the Tulane Law Review and a Senior Fellow for the Legal Research and Writing Program. She was elected to the Order of the Coif and awarded the Tulane 34 Award and the James F. Kilroy Provost's Crest Award.

## Representative experience

- Successfully defended a leading North American drilling company in an eight-year battle against a 1,006 plaintiff Fair Labor Standards Act ("FLSA") donning and doffing case. Plaintiffs alleged they were owed compensation for the time spent to don and doff personal protective gear and to attend pre- and post-shift safety meetings. This case won the 2020 Houston Corporate Counsel Business Litigation of the Year Award.

- Successfully obtained summary judgment for a chemical company in a case involving nine claims of discrimination and retaliation on the basis of race, sex, age, disability, and protected leave under Title VII, Section 1981, the Americans with Disability Act, the Age Discrimination in Employment Act, and the Family Medical Leave Act.

- Successfully obtained summary judgment in state court in favor of an international oil and gas company involving allegations of race discrimination and retaliation under the Texas Commission on Human Rights Act, Chapter 21 of the Texas Labor Code.

- Second chair of a trial team that obtained a take-nothing jury verdict in favor of an oil and gas company in a FLSA lawsuit in federal court involving claims of independent contractor misclassification.

- Member of a trial team that obtained a take-nothing jury verdict in favor of a large oilfield services company in a collective action lawsuit in federal court under the FLSA related to claims that the employees were forced to work off the clock.

- Successfully obtained summary judgment in favor of a chemical company involving claims of disability and age discrimination and retaliation under the Americans with Disabilities Act and Age Discrimination in Employment Act.

- Successfully obtained summary judgment in favor of a health care entity involving allegations that the employer failed to reasonably accommodate under the Americans with Disabilities Act.

- Successfully obtained dismissal in favor of a Fortune 50 home improvement store in federal court involving claims of race, color, and national origin discrimination under Title VII of the Civil Rights Act.

- Successfully obtained several favorable settlements for oilfield services companies in FLSA collective action lawsuits involving claims of misclassification.

- Successfully obtained early dismissal in favor of an oilfield services company in an FLSA collective action lawsuit involving allegations that the employer improperly relied on the Motor Carrier Act exemption.

- Represented employers in Department of Labor Investigations.

## Admissions

- Louisiana State Bar

- Texas State Bar

## Rankings and recognitions

- Women Who Mean Business, *Houston Business Journal*, 2025

- The Best Lawyers in America - Ones to Watch, Labor and Employment Law, Management, *Best Lawyers,* 2022 - 2025

- The Best Lawyers in America - Ones to Watch, Litigation – Labor and Employment, *Best Lawyers,* 2022 - 2025

- Texas Super Lawyers, Employment and labor, *Thomson Reuters*, 2025

- Texas Legal Awards, On the Rise Award, *ALM*, 2024

- Lawdragon 500 Leading Corporate Employment Lawyers, *Lawdragon*, 2024 - 2026

- Lawdragon 500 X – The Next Generation, *Lawdragon*, 2023 - 2024

- Benchmark Litigation, US 40 and Under List, *Euromoney Institutional Investor PLC,* 2024

- Rising Star, Employment, *Law360*, 2023

- Legal 500 US, Recommended Lawyer, Labor and employment disputes (including collective actions): Defense, *The Legal 500,* 2023

- Texas Rising Star, Employment and Labor, *Thomson Reuters*, 2018 - 2022

- Acritas Star, *Acritas*, 2021

## Publications

- Co-author, "Fifth Circuit Issues Important Decision on Independent Contractor Status of Highly Skilled Oil Field Workers," *Pratt's Energy Law Report*, Lexis Nexis, May 2019

- Author, "Smith v. Xerox Corp.: The Fifth Circuit Maintains Mixed-Motive Applicability in Title VII Retaliation Claims," 85 Tulane Law Review 1395 (2011)

## Speaking engagements

- Speaker, "2019 Wage and Hour Update: Wage and Hour Law from Obama to Trump:  Where Do We Stand Now?" Texas State Bar Advanced Employment Law Course, Houston, Texas, January 9, 2020

## Memberships and activities

- State Bar of Texas

- State Bar of Louisiana

- Texas Board of Legal Specialization for Labor and Employment Law

- Federal Bar Association

- Tulane Law Review Alumni Association

- Tulane Law Review Board of Advisory Editors