**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LOREN ALFORD,** | § § § | |
| **Plaintiff,** | § § § | |
| **v.** | § § § | **CIVIL ACTION NO: 4:25-cv-2952** |
| **CONOCOPHILLIPS COMPANY,** | § § § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § § § | |

## JOINT MOTION FOR AN EXTENSION OF DEADLINES

Plaintiff Loren Alford ("Alford" or "Plaintiff") and Defendant ConocoPhillips Company ("COP" or "Defendant") (collectively the "Parties") file this Joint Motion for an Extension of Deadlines, and respectfully show the Court the following:

**I.**

1.      This is a wage and hour case under the Fair Labor Standards Act ("FLSA"). Specifically, Plaintiff alleges that he was improperly classified as an independent contractor and denied overtime compensation.

2.      On November 21, 2025, the Court entered a Scheduling Order in this case [DE 15]. Since then, the Parties have diligently engaged in written discovery. The Parties are scheduling depositions and taking further steps to complete discovery, including the collection and production of documents responsive to a third-party subpoena served on New Tech Global Ventures LLC.

3.      In addition, the Parties are re-engaging in settlement discussions, including scheduling mediation.  In light of the Parties' cooperation in mediation efforts and ongoing discovery, including the completion of depositions and outstanding third-party document

- 1 -

production, the Parties require additional time to fully develop the record and to continue pursuing a potential resolution of this matter.

4.    Accordingly, the Parties respectfully request a brief 90-day extension of all remaining deadlines as follows:

- Discovery Deadline:  October 26, 2026

- Motions Deadline:  November 10, 2026

- Deadline for Joint Pretrial Order (Defendant): February 11, 2027

- Deadline for Joint Pretrial Order (Plaintiff): February 23, 2027

- Docket Call: March 11, 2027

- Jury Trial:  March 15, 2027

5.    This request for a continuance is not sought for delay, but for completeness and justice.

## II.

For the foregoing reasons, Plaintiff Loren Alford and Defendant ConocoPhillips Company respectfully request that the Court grant this Joint Motion for an Extension of Deadlines.

- 3 -

Respectfully Submitted,

*/s/ Josef F. Buenker w/permission*
Josef F. Buenker
State Bar No. 03316860
jbuenker@buenkerlaw.com
THE BUENKER LAW FIRM
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile

Douglas B. Welmaker
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
doug@welmakerlaw.com

**Attorneys for Plaintiff Loren Alford**

Respectfully Submitted,

*/s/  Kimberly Cheeseman*
Shauna Johnson Clark
State Bar No. 00790977
Federal Id. No. 18235
shauna.clark@nortonrosefulbright.com

Kimberly F. Cheeseman
State Bar No. 24082809
Federal Id. No. 2254668
kimberly.cheeseman@nortonrosefulbright.com

Tamsin Woolley
State Bar No. 24122614
Federal Id. No. 3871504
tamsin.woolley@nortonrosefulbright.com

Norton Rose Fulbright US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010
Phone:  713-651-5151
Fax:  713-651-5246

**Attorneys for Defendant
ConocoPhillips Company**

## CERTIFICATE OF SERVICE

This pleading was served on the following opposing counsel via the Court's CM/ECF service in compliance with Rule 5 of the Federal Rules of Civil Procedure on July 31, 2026.

*/s/ Kimberly Cheeseman*