## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **LOREN ALFORD,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO: 4:25-cv-2952** |
| **v.** | § | |
| | § | **JURY TRIAL DEMANDED** |
| **CONOCOPHILLIPS COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |
| | § | |

### <u>ORDER</u>

The Court having considered the Joint Motion for an Extension of Deadlines, all responses

and replies thereto, and the arguments of counsel, if any, hereby GRANTS the Motion.

IT IS THEREFORE ORDERED that the new governing deadlines are as follows:

- Discovery Deadline:  October 26, 2026

- Motions Deadline:  November 10, 2026

- Deadline for Joint Pretrial Order (Defendant): February 11, 2027

- Deadline for Joint Pretrial Order (Plaintiff): February 23, 2027

- Docket Call: March 11, 2027

- Jury Trial:  March 15, 2027

_____
DATE

_____
Yvonne Y. Ho
United States Magistrate Judge

- 4 -