**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LOREN ALFORD,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO: 4:25-cv-2952** |
| | § | **JURY TRIAL DEMANDED** |
| **CONOCOPHILLIPS COMPANY,** | § | |
| **Defendant.** | § | |

**ORDER**

The Court has considered the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal and all applicable law and facts. The Court hereby **GRANTS** the Motion.

**IT IS FURTHER ORDERED** that the FLSA settlement is approved, including all terms set forth in the Settlement Agreement.

**IT IS FURTHER ORDERED** that the Parties are allowed to file the Settlement Agreement under seal.

**IT IS FURTHER ORDERED** that the case is dismissed with prejudice, with each party to bear its own costs and fees except as stated in the Settlement Agreement. The Court retains jurisdiction to enforce the Settlement Agreement.

________________________
DATE

____________________________
The Honorable Alfred H. Bennett
United States District Judge