**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LOREN ALFORD,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**CONOCOPHILLIPS COMPANY,**<br><br>**Defendant.** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO: 4:25-cv-2952**<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

The Court has considered the Parties' Joint Motion for Leave to File Settlement Agreement Under Seal or Redact Settlement Amount and all applicable law and facts. The Court hereby **GRANTS** the Motion.

**IT IS FURTHER ORDERED** that the Parties are allowed to file the Settlement Agreement under seal.

_________________________
DATE

_________________________
The Honorable Alfred H. Bennett
United States District Judge