United States District Court
Southern District of Texas
**ENTERED**
November 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LOREN ALFORD,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO: 4:25-cv-2952** |
| **CONOCOPHILLIPS COMPANY,** | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |

**ORDER**

The Court has considered the Parties' Joint Motion for Leave to File Settlement Agreement Under Seal or Redact Settlement Amount and all applicable law and facts. The Court hereby **GRANTS** the Motion.

**IT IS FURTHER ORDERED** that the Parties are allowed to file the Settlement Agreement under seal.

November 6, 2026
DATE

The Honorable Alfred H. Bennett
United States District Judge