**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Loren Alford

v. Case Number: 4:25−cv−02952

ConocoPhillips Company

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Status Conference set for 2/26/2027 at 10:00 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9D
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: November 22, 2026

Nathan Ochsner, Clerk
by L. Edwards , Deputy Clerk