**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LOREN ALFORD,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO: 4:25-cv-2952** |
| **CONOCOPHILLIPS COMPANY,** | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Loren Alford ("Alford" or "Plaintiff") and Defendant ConocoPhillips Company ("COP" or "Defendant") (collectively the "Parties") files this Joint Motion for Dismissal with Prejudice and respectfully request that the Court enter a final judgment dismissing all of Plaintiff's claims with prejudice. The parties will bear their own costs.

Respectfully submitted,

By: */s/ Josef F. Buenker *with permission KC*
Josef F. Buenker
State Bar No. 03316860
jbuenker@buenkerlaw.com
**The Buenker Law Firm**
P.O. Box 10099
Houston, Texas 77206
713-868-3388 Telephone
713-683-9940 Facsimile

Douglas B. Welmaker
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048

***Attorneys for Plaintiff Loren Alford***

By: */s/Kimberly F. Cheeseman*
Shauna Johnson Clark
State Bar No. 00790977
Federal Id. No. 18235
shauna.johnson@nortonrosefulbright.com

Kimberly F. Cheeseman
State Bar No. 24082809
Federal Id. No. 2254668
Kimberly.cheeseman@nortonrosefulbright.com

Tamsin Woolley
State Bar No. 24122614
Federal Id. No. 3871504
tamsin.woolley@nortonrosefulbright.com

**Norton Rose Fulbright US LLP**
1550 Lamar Street, Suite 2000
Houston, TX 77010
Phone: 713-651-5151
Fax: 713-651-5246

***Attorneys for Defendant ConocoPhillips Company***

## CERTIFICATE OF SERVICE

This pleading was served on the following opposing counsel via the Court's CM/ECF service in compliance with Rule 5 of the Federal Rules of Civil Procedure on November 23, 2026.

Josef F. Buenker
The Buenker Law Firm
P.O. Box 10099
Houston, Texas 77205
jbuenker@buenkerlaw.com

Douglas B. Welmaker
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
doug@welmakerlaw.com

*/s/ Kimberly F. Cheeseman*
Kimberly F. Cheeseman