**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **LOREN ALFORD,** | § | |
| **Plaintiff,** | § | |
| **v.** | § | **CIVIL ACTION NO: 4:25-cv-2952** |
| **CONOCOPHILLIPS COMPANY,** | § | **JURY TRIAL DEMANDED** |
| **Defendant.** | § | |

**ORDER**

On this day, the Court considered the parties' Joint Motion for Dismissal with Prejudice. Having considered the Motion, it is hereby ORDERED that the Motion is GRANTED.

IT IS THEREFORE ORDERED that Plaintiff Loren Alford's claims against Defendant Conoco Phillips Company, as alleged in this lawsuit are dismissed with prejudice, with costs and attorneys' fees taxed against the party incurring same.

SIGNED ON THIS ____ day of _____________, 2026.

______________________________________
UNITED STATES DISTRICT JUDGE